# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| JAMIL IBRAHIM KARIM | Case No. 2:18-bk-04506-EPB |
| Debtor | **ORDER APPROVING EMPLOYMENT OF ACCOUNTANT** |

    The Court having considered the foregoing *Trustee's Application to Employ Accountant* and the *Verified Statement of Cheryl L. Dickerson* of the firm of Henry & Horne, LLP in support thereof, and it appearing that Henry & Horne LLP is a disinterested person and that the employment of said accountant by the Trustee is in the best interests of the estate,

    IT IS HEREBY ORDERED that Anthony H. Mason, Trustee herein, is authorized to employ Henry & Horne, LLP as accountant to the Trustee, with no payment of compensation or reimbursement of expenses being made except after appropriate application.

    DATED AND SIGNED ABOVE.