**ANTHONY H. MASON**
Chapter 7 Trustee
PO Box 27028
Tempe, AZ 85285-7028
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>JAMIL IBRAHIM KARIM<br><br>Debtor. | Chapter 7<br><br>Case No. 2:18-bk-04506-EPB<br><br>**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR ACCOUNTANT FOR TRUSTEE** |

For its *Final Application for Allowance of Compensation and for Reimbursement of Expenses for Accountant for Trustee* ("Application"), Henry & Horne, LLP ("Applicant"), respectfully represents:

1. Applicant is a firm of duly licensed certified public accountants in the State of Arizona.

2. Applicant makes this Application for compensation for professional services rendered in the administration of the estate of the above referenced Debtor.

3. On May 8, 2020, this Court entered an Order Approving Employment of Accountant, approving the employment of Applicant as accountant to Anthony H. Mason, Trustee ("Trustee").

4. All services for which compensation is sought were performed for and on behalf of the Trustee, and not on behalf of any committee, creditor or other person.

5. Applicant has received no payment from any source for services rendered or to be rendered in any capacity whatsoever, in connection with the bankruptcy proceeding, and there is no agreement or

understanding between Applicant and any other person for sharing of compensation to be received for services rendered in this case.

6. Attached to this Application as Exhibit "A" and incorporated herein by reference is an itemized summary of the services rendered to the estate by the Applicant from the date of May 8, 2020.

7. Generally, since its appointment, the Applicant has met with the Trustee regarding the nature of the transactions of the estate and records in his possession, reviewed records related to the bankruptcy filing, reviewed prior tax returns of the Debtor, reviewed and scheduled transactions of this estate, and prepared federal and state fiduciary tax returns for the 2019 tax year for the debtor's estate. The filing of fiduciary tax returns is a duty of a Chapter 7 Trustee in administering bankruptcy estates on certain types of income.

8. Applicant has not received an interim allowance of compensation in this estate.

9. The total reasonable accountant's fees are to be determined by the Court pursuant to 11 U.S.C. §330.

10. Applicant seeks compensation for professional services rendered, as outlined on Exhibit "A," in the amount of $2,550.20 and reimbursement of expenses directly related to the preparation of returns for the estate in the amount of $173.80. The total amount requested for compensation and reimbursement of expenses is $2,724.00.

WHEREFORE, Applicant prays that the Court shall deem that the compensation requested above is reasonable based upon the professional services rendered by Applicant to the Trustee.

DATED this 13th day of August 2020.

*[signature: Cheryl Dickerson]*
Cheryl R. Dickerson, CPA
Henry & Horne, LLP

Copy of the foregoing mailed
this 14th day of August 2020 to:

| | |
|---|---|
| Jamil Ibrahim Karim<br>812 S Valle Verde<br>Mesa, AZ 85208-7250<br>*Debtor* | James Portman Webster<br>James Portman Webster Law Office, PLC<br>1845 S. Dobson Road, Suite 201<br>Mesa, AZ 85202<br>*Counsel for Debtor* |
| ACF Property Management, Inc.<br>c/o Don C. Fletcher<br>Lake and Cobb, PLC<br>1095 W. Rio Salado Parkway, Suite 206<br>Tempe, Arizona 85281-0001<br>*Attorneys for ACF Property Management, Inc.; Kimco Riverview, LLC* | Janet M. Spears<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P. O. Box 17933<br>San Diego, CA 92177-0933<br>*Attorneys for Ocwen Loan Servicing, LLC* |
| David Knapper<br>Law Offices of David L. Knapper<br>1599 E. Orangewood Avenue, Suite 125<br>Phoenix, Arizona 85020<br>*Attorneys for Brenteson Wholesale, Inc.* | Ashley N. Moscarello<br>Goodman Law Group<br>3654 N. Power Road, Suite. 132<br>Mesa, AZ 85215<br>*Attorney for Parkwood Ranch Comm Assoc.* |
| Eric Cotton<br>DDR Corp.<br>3300 Enterprise Parkway<br>P.O. Box 228042<br>Beachwood, Ohio 44122<br>*Counsel for DDRA Ahwatukee Foothills LLC* | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |

| | |
|---|---|
| 1 | Office of the United States Trustee |
| 2 | 230 N 1st Avenue, Suite 204 |
| | Phoenix, AZ 85003 |
| 3 | |
| 4 | By  */s/ Leanne E. Chambers* |