# Exhibit "A"

    

GO TO WWW.HHCPA.COM TO PAY ONLINE.

2055 E Warner Rd, Suite 101
Tempe, AZ 85284-3487
(480) 839-4900

Bankruptcy Estate of Jamil Ibrahim Karin
Anthony Mason
P.O. Box 27028
Tempe, AZ  85285

Invoice Number 293448
Date 06/30/2020
Client No. 0510146.0

AMOUNT ENCLOSED _____

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT / RETAIN BOTTOM PORTION FOR YOUR RECORDS

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 05/05/2020 | Preparation | DickersonC | 1.00 | $ 340.03 |
| 06/22/2020 | Preparation | DickersonC | 2.50 | 850.07 |
| 06/29/2020 | Preparation | DickersonC | 2.00 | 680.05 |
| 06/30/2020 | Preparation | DickersonC | 2.00 | 680.05 |
| 06/30/2020 | Clerical Expense | Scts Misc | | 80.00 |
| 06/30/2020 | Computer Charges | Scts Misc | | 69.30 |
| 06/30/2020 | Computer Charges | Scts Misc | | 24.50 |

Total Current Services    2,724.00
Prior Balance                  0.00
Total Amount Due       $  2,724.00

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,724.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,724.00 |

**0510146   Bankruptcy Estate of Jamil Ibrahim Karin    293448**