SO ORDERED.

Dated: August 19, 2020

*[signature]*

**Eddward P. Ballinger Jr., Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>JAMIL IBRAHIM KARIM<br><br>Debtor. | Chapter 7<br><br>Case No.: 2:18-bk-04506-EPB<br><br>**ORDER APPROVING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ACCOUNTANT FOR TRUSTEE** |

Upon the *Final Application for Allowance of Compensation and Reimbursement of Expenses for Accountant for Trustee* filed by Henry & Horne, LLP, and good cause appearing,

IT IS HEREBY ORDERED approving Henry & Horne, LLP's Application for compensation in the amount of $2,550.20 and expenses in the amount of $173.80, for a total of $2,724.00.

IT IS FURTHER ORDERED authorizing the Trustee, Anthony H. Mason, to ~~immediately~~ pay to Henry & Horne, LLP the approved fees and expenses, provided sufficient funds exist on hand to pay all creditors of equal or higher priority.

DATED AND SIGNED ABOVE.